# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **LATANA LILLARD,**  **Plaintiff,**  v.  **CITY OF DANVILLE,**  **Defendant.** | Case No. 17-2015 |

## REPORT & RECOMMENDATION

On January 19, 2017, Plaintiff filed a Complaint (# 1) against Defendant. Defendant filed a Motion to Dismiss on February 22, 2017. The response deadline for the Motion to Dismiss was March 8, 2017, and as of the date of this order, no response has been filed. Plaintiff also failed to appear at the Rule 16 conference set for March 16, 2017. On that same day, March 16, 2017, the Court entered an Order to Show Cause directing Plaintiff to show cause why this case should not be dismissed for want of prosecution. Plaintiff's deadline to respond to the Order to Show Cause was March 26, 2017, but as of the date of this order, no response has been filed. For these reasons, the Court recommends this case be dismissed for want of prosecution.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 28th day of March, 2017.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE