UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LATANA LILLARD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-CV-2015 |
| CITY OF DANVILLE, | ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#12) was filed by Magistrate Judge Eric I. Long in the above cause on March 28, 2017. On that same date, a copy of the report was mailed to Plaintiff's attorney. Judge Long recommended that the case be dismissed for want of prosecution. The parties were instructed to file any objections to the recommendation within fourteen days after being served with a copy of the report. They were also informed that a failure to object would constitute a waiver of objections on appeal. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). The time to object has passed, and neither party has filed an objection with this court. Therefore, following this court's careful de novo review of the Report and Recommendation and the reasons for it, this court agrees with and accepts Magistrate Judge Long's Report and Recommendation (#12). This court agrees that this case should be dismissed for want of prosecution.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#12) is accepted by this court.

(2) This case is terminated for want of prosecution. All pending motions are denied as moot.

ENTERED this 12th day of April, 2017

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE