Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Latana Lillard,  )
                 )
                 )

Plaintiff

                 vs.           )    Case Number: 17-2015
                               )
City of Danville,              )
                               )

Defendant

## JUDGMENT   IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for want of prosecution.

**Dated: April 12, 2017**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court